IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL E. CANADAY,

      Appellant,

  v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-2628
LT Case No. 2008-1881-CF

_____/

Decision filed February 7, 2023

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Michael E. Canaday, Crawfordville,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., MAKAR and JAY, JJ., concur.